GEORGE T. BROKAW, Appellant and Respondent, *v.* ELVIRA J. FAIRCHILD et al., Defendants.

MARGOT McN. FAIRCHILD et al., Appellants and Respondents, and HOWARD C. BROKAW et al., Respondents and Appellants.

(Argued May 19, 1931; decided June 9, 1931.)

*Henry J. Ahlheim, Ambrose G. Todd,* and *Alexander S. Rowland* for plaintiff, appellant and respondent.

*John J. Curtin* and *Wesley S. Sawyer* for Margot McN. Fairchild et al., appellants and respondents.

*Joseph N. Tuttle* for Ann C. Brokaw, appellant and respondent.

*Yorke Allen* for Howard C. Brokaw et al., respondents and appellants.

*George S. Mittendorf* for Farmers' Loan and Trust Company, individually and as trustee, respondent and appellant.

Judgment affirmed, without costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.